# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Rick Cumbe, On Behalf of Himself and Others Similarly Situated,<br><br>                    Plaintiff,<br>vs.<br><br>Lebanon Delights LLC, dba Leyla's and Dolly Awkar, individually,<br><br>                    Defendants. | C/A No.: 2:17-cv-03176-BHH<br><br>**ORDER APPROVING SETTLEMENT UNDER FAIR LABOR STANDARDS ACT** |

      This matter comes before the Court by way of a Joint Motion. The attorneys for Plaintiffs and Defendants (jointly "Parties") request approval of the Settlement Agreement reached between Rick Cumbe, on behalf of himself and other opt-in Plaintiffs (hereafter collectively referred to as "Plaintiffs") and Defendants.

      Plaintiffs alleged that Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (hereafter "FLSA"), in particular, by violating § 203(m), the Tip Credit and the South Carolina Payment of Wages Act. Defendants denied any liability under the FLSA and have pled various defenses. There is a dispute between the Parties as to the underlying facts and the controlling law. Nonetheless, the Parties believe the settlement reached and agreed upon to be a fair and reasonable settlement of their dispute, given the uncertainty as to liability and damages and the estimated future costs of litigation. The court has reviewed the Settlement Agreement *in camera*.

      The settlement of FLSA claims outside the context of Department of Labor supervised settlements requires court approval. Courts generally approve FLSA settlements when they are

1

Order Approving Settlement
C/A: 2:17-03176-BHH

reached as a result of contested litigation to resolve bona fide disputes. See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 n. 8 (11th Cir. 1982); *Clark v. Ecolab Inc.*, 2010 WL 1948198, at *7 (S.D.N.Y. May 11, 2010). "If the proposed settlement reflects a reasonable compromise over contested issues, the settlement should be approved." *Id.* (citing *Lynn's Food Stores, Inc.,* 679 F.2d at 1354).

After due consideration and inquiry into the circumstances surrounding the proposed settlement of Plaintiffs' FLSA claim against Defendants, and *in camera* review of the Settlement Agreement, I find and conclude that the proposed settlement in this case meets the standard for approval as it reflects a reasonable compromise of a bona fide dispute. I find and conclude that the proposed settlement is just and reasonable and in the best interest of the Parties. I further find the settlement to have been reached in good faith.

A total of three (3) individuals have opted into this case to date. The receipt of total payment by any of these individuals shall constitute an accord, satisfaction, and release of any and all claims any such individual may have against the Defendants arising out of their employment with Defendants.

Based upon the Parties' joint request to approve the settlement and after review *in camera* of the Settlement Agreement, the court approves the Settlement Agreement as requested by the Parties. Attorneys for the Parties should promptly obtain the signatures on the Settlement Agreement and exchange these among the attorneys. The court shall retain jurisdiction of this action until all obligations pursuant to the Settlement Agreement have been made and a stipulation of dismissal is filed.

**IT IS ORDERED** that the terms of the settlement in this action are approved.

Order Approving Settlement
C/A: 2:17-03176-BHH

                              s/ Bruce Howe Hendricks
                              Bruce H. Hendricks
                              United States District Judge

CHARLESTON, SC

December 6, 2018