# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Rick Cumbe, On Behalf of Himself and Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>Lebanon Delights LLC, dba Leyla's and Dolly Awkar, individually,<br><br>　　　　　　　　　　Defendants. | C/A No.:  2:17-cv-03176-BHH<br><br>**JOINT STIPULATION<br>OF DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff, Rick Cumbe, On Behalf of Himself and Others Similarly Situated, and Defendants, Lebanon Delights, LLC, d/b/a Leyla's and Dolly Awkar, individually, pursuant to FRCP 41(a), jointly hereby dismiss, with prejudice, all claims that were asserted in this lawsuit or that could have been asserted in this lawsuit.

| WE SO MOVE: | WE SO MOVE: |
|---|---|
| s/ Melissa F. Spence<br>Cherie W. Blackburn   (Fed. ID No. 1575)<br>Melissa F. Spence      (Fed. ID No. 11194)<br>NEXSEN PRUET, LLC<br>205 King Street, Suite 400 (29401)<br>P.O. Box 486<br>Charleston, South Carolina  29402<br>Phone:  843.577.9440<br>Facsimile:  843.720.1777<br>E-mail: cblackburn@nexsenpruet.com<br>E-mail: mspence@nexsenpruet.com<br><br>ATTORNEYS FOR DEFENDANTS<br>LEBANON DELIGHTS LLC, DBA<br>LEYLA'S AND DOLLY AWKAR,<br>INDIVIDUALLY<br><br>January 28, 2019<br>Charleston, SC | s/ Marybeth Mullaney<br>Marybeth Mullaney (Fed. ID No. 11162)<br>Mullaney Law<br>1037-D Chuck Dawley Blvd, Suite 104<br>Mount Pleasant, SC  29464<br>Phone: 843.588.5587<br>Facsimile: 800.385.8160<br>E-mail: marybeth@mullaneylaw.net<br><br>ATTORNEY FOR PLAINTIFF<br>RICK CUMBE, ON BEHALF OF HIMSELF<br>AND ALL OTHER SIMILARLY SITUATED |